1 | RUDOLPH LAW FIRM
Gary B. Rudolph (101921)
2 | 864 Grand Avenue - P.O. Box 433
San Diego, CA 92109
3 | Tel & Fax Nos: (858) 412-6822
Cell No.: (619) 517-7641
4 | E-Mail: grudolph1@san.rr.com

5 | Counsel to Gerald H. Davis, Trustee

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re | ) | CASE NO. 07-06112-LA7 |
| STEEL FRAME BUILDING SYSTEMS, INC. | ) | ADVERSARY NO.: 09-90417-LA |
| Debtor. | ) | **PROOF OF SERVICE** |
| GERALD H. DAVIS, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE ASHLEY 1989 TRUST UNDER DECLARATION OF TRUST DATED AUGUST 11, 1989, MELANIE JOY KELLY, SUCCESSOR TRUSTEE; JAMES L. DALEY, an individual; JULIA LYNN KIRBY, an individual; SHAWN SETTERBERG, an individual; MICHELLE SETTERBERG, an individual, | ) | |
| Defendants. | ) | |

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of San Diego, State of California. I am employed in the office of RUDOLPH LAW FIRM,

- 1 -   Original   Steele Frame/POS.wpd

[FILED stamp: NOV 0 2 2009, CLERK, U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF CALIFORNIA]

members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 864 Grand Avenue, P.O. Box 433, San Diego, California 92109.

On October 30, 2009, I served true copy(ies) of the following documents to the party(ies) listed on the attached service list.

>   NOTICE OF COMPLIANCE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7016 AND LOCAL BANKRUPTCY RULES 7016-2

■ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such document(s) were placed in envelopes addressed to the person(s) served hereunder for collection and mailing with postage thereon fully prepaid at San Diego, California, on that same day following ordinary business practices.

☐ BY FACSIMILE: At approximately _____ .m., I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (858) 412-6822. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ BY OVERNIGHT DELIVERY: I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ BY PERSONAL SERVICE: I personally delivered such document(s) to the person(s) served hereunder.

☐ BY ELECTRONIC MAIL: I caused said document(s) to be served by electronic mail.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 30, 2009 at San Diego, California.

/s/ Marti Coco
Marti Coco

## SERVICE LIST

| | |
|---|---|
| Office of the United States Trustee<br>402 W. Broadway, Suite 600<br>San Diego, CA   92101 | Julia Lynn Kirby<br>1328 Costa Del Sol<br>Pismo Beach, CA 93449-3328 |
| Shawn Setterberg<br>482 Stockalper<br>Ramona, CA 92065 | Michelle Setterberg<br>482 Stockalper<br>Ramona, CA 92065 |