1  JOHN C. EDWARDS, SBN 74357
   RADFORD & EDWARDS
2  2223 Avenida de la Playa, Suite 100
   La Jolla, California 92037
3  858-459-7145
   858-459- 7417 (Fax)
4  john@radfordlaw.com

5  Attorney for Defendant, James L. Daley

6

7

8              UNITED STATES BANKRUPTCY COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 In re                          )  Case No.  07-06112-A7
                                  )
12 STEELE FRAME BUILDING SYSTEMS, )  Adv. Proc. No.  09-90417-LA
   INC.,                          )
13                                )
              Debtor.             )  STIPULATION AND ORDER TO EXTEND
14                                )  DATE TO ANSWER OR OTHERWISE
                                  )  RESPOND TO COMPLAINT
15 ───────────────────────────────)
                                  )
16 GERALD H. DAVIS, TRUSTEE,      )
                                  )
17            Plaintiff,          )
                                  )
18 v.                             )
                                  )
19 THE ASHLEY 1989 TRUST UNDER    )
   DECLARATION OF TRUST DATED     )
20 AUGUST 11, 1989, MELANIE JOY KELLY, )
   SUCCESSOR TRUSTEE; JAMES L.    )
21 DALEY, an individual,          )
                                  )
22            Defendants.         )
   ───────────────────────────────)

23

24      The parties, Plaintiff GERALD H. DAVIS, TRUSTEE and Defendant JAMES L.

25 DALEY, by and through their attorneys of record, hereby stipulate to extend the date to answer

26 / / /

27 / / /

28 / / /

                                -1-

   STIPULATION AND ORDER TO EXTEND DATE TO ANSWER COMPLAINT

1  or otherwise respond to the Complaint in the above-mentioned case to and including November

2  4, 2009.

3

4  Dated: _Oct 20, 2009_          RADFORD & EDWARDS

5

6                                 By: _____

7                                    John C. Edwards
                                     Attorney for Defendant, James L. Daley

8

9  Dated: _10 26 09_             RUDOLPH LAW FIRM

10

11                                By: _____

12                                   Gary B. Rudolph
                                     Attorney for Plaintiff, Gerald H. Davis, Trustee

13

14

15                                        **ORDER**

16

17         IT IS SO ORDERED.

18

19  Dated: __NOV 0 3 2009__

20                                   Judge of the United States Bankruptcy Court

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER TO EXTEND DATE TO ANSWER COMPLAINT