UNITED STATES BANKRUPTCY COURT
Southern District of California

In re

**Bankruptcy Case No.** 07-06112-A7

STEELE FRAME BUILDING
SYSTEMS, INC.,

Debtor

**Adversary Proceeding No.** 09-90417-LA

GERALD H. DAVIS, TRUSTEE

Plaintiff

v.

THE ASHLEY 1989 TRUST, et al.

Defendants

# ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | Clerk, United States Bankruptcy Court<br>Southern District of California<br>325 West "F" Street<br>San Diego, California 92101-6991 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | RUDOLPH LAW FIRM<br>Gary B. Rudolph, Esq. (#101921)<br>864 Grand Avenue - Box 433<br>San Diego, CA 92109 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Barry K. Lander, Clerk

Dated:                                By:_____, Deputy Clerk

CSD 3007