CSD 3030 [12/01/09]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendants(s)

**REQUEST TO ENTER DEFAULT**

TO THE APPLICANT:    The following statements must be true in order to enter the default.  Please verify by checking applicable boxes:

☐    Service of Summons and Complaint was made at the defendant's dwelling house, usual place of abode or the place where the defendant regularly conducts business pursuant to FRBP 7004(b).
☐    Service of Summons and Complaint was made on attorney for debtor, if any, pursuant to FRBP 7004(b)(9).
☐    Service of Summons and Complaint on defendant was made within 14 days of issuance of the summons pursuant to FRBP 7004(e).
☐    Proof of Service of the Summons and Complaint has been filed with the court pursuant to LBR 9006-3.
☐    Neither a motion nor an answer to the complaint was filed by the defendant named above within 30 days of issuance of the summons pursuant to FRBP 7012.  The United States, its offices and agencies, have 35 days to file a motion or answer.
☐    The defendant is an individual and is not entitled to benefits of military status.  The Declaration of Non-Military Status has been completed on page 2 of this Request.
☐    The declaration or affidavit in support of this Request is filed concurrently as required by LBR 7055-1(b).

TO THE CLERK: Please enter the default in the above-entitled complaint of the following-named Defendant(s) ONLY.
 (If additional space is need, attach an exhibit listing all Defendants for which a default is requested): [See footnote[1] before completing.]

DATED:

Signature of (Attorney for) Plaintiff

---

[1]The word "plaintiff" includes cross-complainant, "defendant" includes cross-defendant, singular includes the plural.

CSD 3030            **NOTE**:  Moving party must complete declarations on reverse side, if applicable.

## DECLARATION OF MAILING

[Complete if default is requested AFTER defendant entered appearance (F.R.Civ.P 55(b)(2).]

On _____, a copy of this Request to Enter Default was mailed (by first-class mail or airmail, postage prepaid) to the defendant, if the debtor, and attorney for each defendant against whom the default is requested, at the last known address of each, addressed as follows:

The address of the following defendant and defendant's attorney of record is unknown to plaintiff and plaintiff's attorney:

I certify (or declare) under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on _____, at

_____,    _____
(City)                                                  (State and ZIP)

_____    _____
(Type or Print Name)                              (Signature of Declarant)

## MEMORANDUM OF COSTS

Costs and disbursements are listed as follows:
- a. Clerk's Filing Fee ............................................................. $
- b. Process Server's Fees ........................................................ $
- c. ............................................................................. $
- d. ............................................................................. $
- e. TOTAL ........................................................................ [2]$

I am (the attorney or agent for): _____, the party who claims these costs. To the best of my knowledge and belief the foregoing items of cost are correct and have been necessarily incurred in this action.

I certify (or declare) under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on _____, at

_____    _____
(City)                                                  (State and ZIP)

_____    _____
(Type or Print Name)                              (Signature of Declarant)

[2]Include a blank space in judgment for inclusion of costs, as awarded.

## DECLARATION OF NON-MILITARY STATUS

[Not required if the defendant is a partnership, corporation or trustee in bankruptcy.]
As defined by the Servicemember's Civil Relief Act of 2003, the defendant(name): _____
☐ is  ☐ is not in military service or  ☐ the plaintiff is unable to determine the defendant's military status and recognizes that it may be required to post a bond before entry of a default judgment.

I certify (or declare) under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on _____, at

_____    _____
(City)                                                  (State and ZIP)

_____    _____
(Type or Print Name)                              (Signature of Declarant)

CSD 3030