**RUDOLPH LAW FIRM**
Gary B. Rudolph (101921)
864 Grand Avenue - Box 433
San Diego, CA 92109
Telephone: (619) 517-7641
Facsimile: (858) 412-6822
E-Mail: gary@dolphlaw.com

Attorney for Plaintiff Gerald H. Davis, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>STEEL FRAME BUILDING SYSTEMS, INC.<br><br>Debtor.<br><br>GERALD H. DAVIS, TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>THE ASHLEY 1989 TRUST UNDER DECLARATION OF TRUST DATED AUGUST 11, 1989, MELANIE JOY KELLY, SUCCESSOR TRUSTEE; JAMES L. DALEY, an individual; JULIA LYNN KIRBY; SHAWN SETTERBERG, an individual; MICHELLE SETTERBERG, an individual,<br><br>Defendants. | CASE NO. 07-06112-LA7<br><br>ADVERSARY NO.: 09-90417-LA<br><br><br><br><br>**NOTICE OF ENTRY OF DEFAULT** |

You are hereby notified that this Court entered default in the docket for the above-entitled case against the following Defendants:

    Julia Lynn Kirby

DATED:                                              Barry K. Lender, Clerk

                                                           By _____, Deputy Clerk