CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

**RUDOLPH LAW FIRM**
Gary B. Rudolph, Esq. (#101921)
864 Grand Avenue - Box 433
San Diego, CA 92037
Telephone: (619) 517-7641
Facsimile: (858) 412-6822
Attorney for Gerald H. Davis, Chapter 7 Trustee



Order Entered on
March 17, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**STEEL FRAME BUILDING SYSTEMS, INC.,**
                                                     Debtor
_____

 **GERALD H. DAVIS, TRUSTEE, Plaintiff,**
                                                     Plaintiff
v.

**THE ASHLEY 1989 TRUST UNDER DECLARATION OF TRUST DATED AUGUST 11, 1989, MELANIE JOY KELLY, SUCCESSOR TRUSTEE; JAMES L. DALEY, an individual; JULIA LYNN KIRBY, an individual; SHAWN SETTERBERG, an individual; MICHELLE SETTERBERG, an individual** ,
                                                     Defendants.

BANKRUPTCY NO.    07-06112-LA7

ADV. NO.    09-90417-LA

Date of Hearing:    n/a
Time of Hearing:    n/a
Name of Judge:    Hon. Louise DeCarl Adler

# ORDER SETTING ASIDE
# ENTRY OF DEFAULT AGAINST JAMES DALEY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through two(2) with exhibits, if any, for a total of two(2) pages, is granted.  Motion/Application Docket Entry No.   20.

//

//

//

//

DATED:  March 16, 2010

//

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

  RUDOLPH LAW FIRM
(Firm name)

By:  Gary B.  Rudolph, Esq.
    Attorney for Gerald H. Davis, Chapter 7 Trustee

CSD 1001A

**NAME OF CASE: ORDER SETTING ASIDE REQUEST TO ENTER DEFAULT AGAINST JAMES DALEY**
**DEBTORS: STEEL FRAME BUILDING SYSTEMS, INC.                            CASE NO.07-06112-A7**

Based on the stipulation between the Trustee and Defendant James Daley, and good cause appearing therefore, the Request to Enter Default against James Daley is set aside, and the last day for Mr. Daley to respond to the First Amended Complaint is March 26, 2010.

CSD 1001A

*Signed by Judge Louise DeCarl Adler March 16,2010*

# CERTIFICATE OF NOTICE

```
District/off: 0974-3         User: mrodrigue              Page 1 of 1                  Date Rcvd: Mar 17, 2010
Case: 09-90417               Form ID: pdfO7               Total Noticed: 3

The following entities were noticed by first class mail on Mar 19, 2010.
aty          +James F. Lewin,    Kirby & McGuinn,    707 Broadway, Suite 1750,    San Diego, CA 92101-5393
pla           Gerald H. Davis, Trustee,    P.O. Box 121111,    San Diego, CA  92112-1111
             +RUDOLPH LAW FIRM,    GARY B RUDOLPH,    864 GRAND AVENUE - BOX 433,    SAN DIEGO CA 92109-3906

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2010**                       **Signature:**        _/s/ Joseph Speetjens_