CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Shirlyn Daddario, Esq.
6960 Flanders Drive
San Diego, CA 92121
858-225-3839 telephone
858-450-9177 facsilime
daddario@geoconinc.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Steel Frame Building Systems

Debtor.

BANKRUPTCY NO. 07-06112-LA7

Date of Hearing: n/a
Time of Hearing: n/a
Name of Judge: Hon. Louise DeCarl Adler

## ORDER ON
### EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  two-2  with exhibits, if any, for a total of  two-2  pages, is granted. Motion/Application Docket Entry No. _____

//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Law Offices of Shirlyn Daddario
(Firm name)

By: Shirlyn Daddario  /s/ Shirlyn Daddario
Attorney for [X] Movant  [ ] Respondent
Gerald H. Davis, Chap 7 Trustee

CSD 1001A

CSD 1001A [11/15/04] **(Page 2)**
ORDER ON Approvng ex parte applic by Trustee to employ Special Counsel
DEBTOR: Steel Frame Building Systems, Inc.
CASE NO: 07-06112-A7

---

Upon the foregoing ex parte application of Gerald H. Davis, trustee herein ("Trustee"), praying for approval of the employment of the Law Offices of Shirlyn Daddario, as his Special Counsel and attorney herein; and upon the declaration of disinterest of attorney; and it appearing that no notice of hearing on said application need be given; and the Court being satisfied that said attorneys hold and represent no interest adverse to the individual creditors herein, the Debtor of the estate of the Debtor, and that employment of said attorneys is necessary and in the best interest of the estate; and good cause appearing:

IT IS HEREBY ORDERED:

1. That the employment by the Trustee of the Daddario Law Firm, as his Special counsel and attorney of record in these proceedings to

render services as identified in the Ex Part Application to Employ Special counsel be and is hereby approved effective
_____. 2010;

2. That compensation to Daddario Law Firm for professional services rendered on behalf o the Trustee shall, subject to further court approval after due notice and hearing, and subject to the provisions of Bankruptcy Code Section 330, be on an hourly basis a the normal and customary hourly rates of said counsel and its employees as said rates may be from time to time. Said attorneys shall also have the right to apply for interim compensation pursuant to Bankruptcy Code Section 331; and

3. The provisions of Section 6148 of the Business and Professions Code concerning a written fee agreement are waived, except to the extent provided in the application.

CSD 1001A